UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) CASE NO. 4:20-MJ-002 |
|---|---|
| v. | ) |
| KYRELL BENTON | ) |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled case, and all process issued thereunder, be unsealed.

So ORDERED this __25th__ day of February, 2020.

HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order Prepared by:
Frank M. Pennington, II
Assistant United States Attorney
Telephone Number: 912-652-4422